René Avila
10055 Sycamore Canyon Road
Moreno Valley, CA 92557
V: 951-924-1154, F: 951-443-5096
Plaintiff in Pro Per
renav@RoadRunner.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENE AVILA,
    Plaintiff,

vs.

VALENTINE & KEBARTAS, INC.
    Defendant

Case No.: ED CV 11 - 02030 VAP (DTBx)

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

### Complaint

Plaintiff, René Avila, hereby sues Defendant, Valentine & Kebartas, Inc. and allege:

### Preliminary Statement

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 et seq.

2. This is an action for damages which do not exceed $5,000.

### Jurisdiction

3. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p.

4. The Defendant Valentine & Kebartas, Inc. is a foreign corporation from Massachusetts and conducts business in the state of California, and therefore, jurisdiction is established.

### Venue

5. Venue is proper pursuant to 15 U.S.C. § 1681b.

6. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

### Parties

7. Plaintiff, René Avila, resides at 10055 Sycamore Canyon Road Moreno Valley, CA 92557

8. Defendant, Valentine & Kebartas, Inc. conducts business in the state of California from 15 Union Street Lawrence, MA 01840.

### Statement of Facts

9. Plaintiff and Defendant have **no business relationship**.

10. On February 1st, 2011 Valentine & Kebartas, Inc. initiated a hard pull of Plaintiff's credit report from TransUnion.

11. On February 1st, 2011 Valentine & Kebartas, Inc. initiated a hard pull of Plaintiff's credit report from TransUnion **without permissible purpose**.

### Claim

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT VALENTINE & KEBARTAS, INC.**

12. Paragraphs 1 through 11 are realleged as though fully set forth herein.

13. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

14. Valentine & Kebartas, Inc. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

15. Valentine & Kebartas, Inc. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) Valentine & Kebartas, Inc. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's credit report without a permissible purpose as defined by 15 U.S.C. §1681b.

### Request for Relief

WHEREFORE, Plaintiff demands:

16. Judgment for damages against Valentine & Kebartas, Inc. for statutory damages, any actual damages, punitive damages, any attorney's fees costs, pursuant to 15 U.S.C. §1681n.

17. Judgment for damages against Valentine & Kebartas, Inc. for any actual damages, any attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

18. Plaintiff is entitled to statutory damages of $1,000.

19. Any further relief which the court my deem appropriate.

### Demand for Jury Trial

20. Plaintiff hereby requests a jury trial on all issues so triable as a matter of law.

DATED: December 21, 2011

_____
René Avila
In Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge <u>Virginia A. Phillips</u> and the assigned discovery Magistrate Judge is <u>David T. Bristow</u>.

The case number on all documents filed with the Court should read as follows:

**EDCV11-02030 VAP (DTBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☐ Southern Division | ☑ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (01/09)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Rene Avila
10055 Sycamore Canyon Road
Moreno Valley, CA 92557
Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENÉ AVILA, <br><br> PLAINTIFF(S) <br> v. <br><br> VALENTINE & KEBARTAS, INC. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> EDCV11-2030 VAP (DTBx) <br><br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Rene Avila_____, whose address is _10055 Sycamore Canyon Road; Moreno Valley, CA 92557_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated:  JAN -6 2012                By: _____
                                       L. MUR____
                                       Deputy Clerk
                                       (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*